396 A.2d 42

Commonwealth v. Murphy, Appellant.

Submitted December 6, 1977. Peter J. Webby, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.